# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE LOG CABIN, OUTBUILDING AND APPROXIMATELY 39.07 ACRES OF LAND LOCATED ON MATAGUAL DRIVE, SANTA YSABEL, IN THE UNINCORPORATED AREA OF, NORTH SAN DIEGO COUNTY, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Civil No.   07cv0567-LAB (POR)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION** |

On May 21, 2007, the parties filed a Joint Motion for Judgment Upon Consent by Claimant Damien Andrews [Doc. No. 8].  The parties stipulate that Claimant consents to the entry of judgment against Claimant as to the Defendant in this matter.  Based thereon, the Early Neutral Evaluation scheduled for June 6, 2007 at 3:00 p.m. is hereby VACATED.

**IT IS SO ORDERED.**

DATED: May 30, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:      The Honorable Larry Alan Burns
         all parties

- 1 -

07cv0567